■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LARUSSA, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Latella, J.), imposed November 9, 2006, on the ground that the sentence imposed was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Balkin and Belen, JJ., concur.